CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED Roanoke

SEP 3 0 2005

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAURICE PRESTON SCOTT,<br>    Plaintiff, | )<br>) Civil Action No. 7:05-CV-00281<br>) |
| v. | ) **FINAL ORDER**<br>) |
| BLUE RIDGE REGIONAL JAIL<br>AUTHORITY, et al.<br>    Defendants. | )<br>) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that Defendants' motion dismiss is hereby **GRANTED**; plaintiff's complaint is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This _30th_ day of ~~October~~ September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge